March 27, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF A.W.B., A CHILD

NO. 14-11-00926-CV

_____

This cause, an appeal from the judgment terminating parental rights signed October 14, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order this decision certified below for observance.

We further order the mandate be issued immediately.